# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DWAYNE MOTLEY, | ) |
| | ) |
| | ) Case No. 21 CV 05323 |
| v. | ) |
| | ) Honorable Steven C. Seeger |
| MI-JACK PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION RE WITHDRAWAL OF COUNSEL

Attorney Frank M. Swanson of Leonard Trial Lawyers respectfully withdraws as attorney for Plaintiff Dwayne Motley. Plaintiff will continue to be represented by Michael I. Leonard.

**Respectfully submitted,**

By: **/s/Frank M. Swanson**
**Counsel for Mr. Motley**

**LEONARD TRIAL LAWYERS**

Frank M. Swanson
Michael I. Leonard
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312)380-6559 (phone)
(312)264-9671 (fax)
mleonard@leonardtriallawyers.com
fswanson@leonardtriallawyers.com

## CERTIFICATE OF SERVICE

The undersigned states that, on June 28, 2022, he EFILED by way of this Court's ECF filing system, the above withdrawal, and therefore served it upon all counsel of record.

By:**/s/ Frank M. Swanson**
**Counsel for Mr. Motley**